UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-10370-PBS

---

BARBARA CORDI-ALLEN AND JOHN ALLEN
Plaintiffs,

v.

JOSEPH R. CONLON, ARTHUR F. HUTLIN, NORMAN H. POPE, KEITH S. ALTHAUS and MARINNA MATRICARDI as they are members and are collectively the TRURO ZONING BOARD OF APPEALS, BROOKE NEWMAN, and the TOWN OF TRURO, MASSACHUSETTS
Defendants

---

## NOTICE OF APPEARANCE

Please enter my appearance for Defendants, Joseph R. Conlon, Arthur F. Hutlin, Norman H. Pope, Keith S. Althaus and Marinna Matricardi as they are members and are collectively, the Truro Zoning Board of Appeals, and the Town of Truro, Massachusetts in the above-captioned matter.

Respectfully submitted,
The Defendants,
Joseph R. Conlon, Arthur F. Hultin, Norman H. Pope, Keith S. Althaus and Marinna Matricardi as they are members and are collectively the Truro Zoning Board of Appeals, and the Town of Truro, Massachusetts
By their attorneys,

_____
Deborah I. Ecker, BBO# 554623
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza, 12th Floor
Boston, MA 02116
(617) 880-7100

DATED: February 24, 2005