UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.



BARBARA CORDI-ALLEN AND JOHN ALLEN
  Plaintiffs,

v.

JOSEPH R. CONLON, ARTHUR F. HUTLIN,
NORMAN H. POPE, KEITH S. ALTHAUS and
MARINNA MATRICARDI as they are members and
are collectively the TRURO ZONING BOARD OF
APPEALS, BROOKE NEWMAN, and the TOWN OF
TRURO, MASSACHUSETTS
  Defendants

## NOTICE OF APPEARANCE

Please enter my appearance for Defendants, Joseph R. Conlon, Arthur F. Hutlin, Norman H. Pope, Keith S. Althaus and Marinna Matricardi as they are members and are collectively, the Truro Zoning Board of Appeals, and the Town of Truro, Massachusetts in the above-captioned matter.

> Respectfully submitted,
> The Defendants,
> Joseph R. Conlon, Arthur F. Hultin, Norman
> H. Pope, Keith S. Althaus and Marinna
> Matricardi as they are members and are
> collectively the Truro Zoning Board of
> Appeals, and the Town of Truro,
> Massachusetts
> By their attorneys,
>
> *Leonard Kesten*
> Leonard H. Kesten, BBO# 542042
> BRODY, HARDOON, PERKINS & KESTEN, LLP
> One Exeter Plaza, 12th Floor
> Boston, MA 02116
> (617) 880-7100

DATED: February 24, 2005