UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-10370PBS

BARBARA CORDI-ALLEN and JOHN ALLEN )
)
    Plaintiffs, )
)
v. )
)
JOSEPH R. CONLON, ARTHUR F. HULTIN, )
NORMAN H. POPE, KEITH S. ALTHAUS, and )
MARINNA MATRICARDI as they are members )
and are collectively the TRURO ZONING BOARD )
OF APPEALS, BROOKE NEWMAN, and the )
TOWN OF TRURO, MASSACHUSETTS )
)
    Defendants. )
)

Please enter the appearance of the undersigned on behalf of defendant Brooke Newman in this action, which was previously entered in Barnstable Superior Court on March 3, 2005 before the action was removed to this Court. This notice of appearance is filed in lieu of an answer to the complaint, which is not required under Massachusetts General Laws Chapter 40A, § 17.

BROOKE NEWMAN
By her attorneys,
/s/ Julie Pruitt Barry
Julie Pruitt Barry (BBO #563018)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston,

Dated: March 23, 2005