UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Barbara Cordi-Allen, et al
        Plaintiff(s),        CIVIL ACTION
                                NO. 05-10370-PBS
    v.

Joseph Conlon, et al
        Defendant(s).


## NOTICE OF RESCHEDULED SCHEDULING CONFERENCE

SARIS, U.S.D.J.                                                                     March 25, 2005

      The Scheduling Conference previously scheduled for April 27, 2005 at 2:30 p.m., has been **rescheduled** to **April 27, 2005, at 4:00 p.m.**

**NOTE: Change is to time only.**

                                          By the Court,


                                          _./s/ Robert C. Alba_
                                          Deputy Clerk


Copies to: All Counsel


resched.ntc