**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

Barbara Cordi-Allen

        Plaintiff

                                      CIVIL ACTION

        V.                                  05-10370 -PBS

Joseph Conlon et al

        Defendant

**ORDER OF REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

      After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to the ADR program for assignment of the following:

| | | |
|---|---|---|
| _____ EARLY NEUTRAL EVALUATION | \_\_X\_\_ | MEDIATION: Summer, 2005 |
| _____ MINI-TRIAL | _____ | SUMMARY JURY TRIAL |
| _____ SETTLEMENT CONFERENCE | _____ | SPECIAL MASTER |
| _____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM | | |

      Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program.   If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

                                                HON. PATTI B. SARIS
                                                UNITED STATES DISTRICT JUDGE
                                                BY: /s/ Robert C. Alba
DATE:  April 27, 2005                          DEPUTY CLERK

<u>CASE CATEGORY</u>

| | | | |
|---|---|---|---|
| Admiralty | \_\_\_\_\_ | Antitrust | \_\_\_\_\_ |
| Civil Rights | \_\_\_\_\_ | Contract | \_\_\_\_\_ |
| Copyright/Trademark/Patent | \_\_\_\_\_ | Environmental | \_\_\_\_\_ |
| ERISA | \_\_\_\_\_ | FELA | \_\_\_\_\_ |
| Labor Relations | \_\_\_\_\_ | Medical Malpractice | \_\_\_\_\_ |
| Personal Injury | \_\_\_\_\_ | Product Liability | \_\_\_\_\_ |
| Shareholder Dispute | \_\_\_\_\_ | | |
| Other | _____ | | |