UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Barbara Cordi-Allen
Plaintiff,

      V.

Joseph Conlon, et al
Defendant.

Civil Action Number
05-10370-PBS

April 27, 2005

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 9/30/05

Plaintiff's expert designation deadline: 10/31/05

Defendant's expert designation deadline: 11/30/05

Expert discovery deadline: 12/30/05

Summary Judgment Motion filing deadline: 1/30/06

Opposition to Summary Judgment Motions: 2/28/06

Hearing on Summary Judgment or Pretrial Conference: 3/15/06 at 2:00 p.m.

Case to be referred to Mediation program: Summer, 2005

By the Court,

/s/ Robert C. Alba
Deputy Clerk