UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-10370PBS

| | |
|---|---|
| BARBARA CORDI-ALLEN and JOHN ALLEN ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JOSEPH R. CONLON, ARTHUR F. HULTIN, ) <br> NORMAN H. POPE, KEITH S. ALTHAUS, and ) <br> MARINNA MATRICARDI as they are members ) <br> and are collectively the TRURO ZONING ) <br> BOARD OF APPEALS, BROOKE NEWMAN, ) <br> and the TOWN OF TRURO, MASSACHUSETTS ) <br> ) <br> Defendants. ) | DEFENDANT BROOKE NEWMAN'S <br> INITIAL DISCLOSURE PURSUANT <br> TO FED. R. CIV. P. 26(a) |

Defendant Brooke Newman provides the following information pursuant to Fed. R. Civ. P. 26(a) and Local Rule 26.2.

I.  **Rule 26(a)(1)(A)** - Individuals likely to have discoverable information that Ms. Newman may use to support her defenses.

- Brooke Newman, 273 Roaring Fork Drive, Aspen CO; 4 Yacht Club Road, Truro, MA: information and knowledge concerning the building permit issued to Ms. Newman in or about October 1998 for the property at 4 Yacht Club Road, Truro ("the Building Permit");

- Building Inspector, Town of Truro: information and knowledge concerning the building permit issued to Ms. Newman in or about October 1998 and the denial of plaintiffs' request to revoke the Building Permit enforce the Town of Truro's Zoning Bylaw ("the Bylaw") against Ms. Newman;

- Defendant members of the Zoning Board of Appeals of the Town of Truro ("the Board"): information and knowledge concerning the appeal of Building Inspector's denial of plaintiffs' request to revoke the Building Permit and enforce the Bylaw against Ms. Newman;

- Plaintiffs Barbara Cordi-Allen and John Allen, 143 Ardsley Road, Longmeadow, MA; 5 Yacht Club Road, Truro MA: information and knowledge concerning the

> request to the Building Inspector to revoke the Building Permit and enforce the Bylaw against Ms. Newman, and the subsequent appeal to the Board of the Building Inspector's denial.

Ms. Newman reserves the right to supplement this list.

II.   <u>Rule 26(a)(1)(B)</u> - Description by category and location of all documents relevant to the disputed facts in this case in the possession, custody or control of Ms. Newman that she may use to support her defenses.

Ms. Newman may rely on documents located in the files of the Building Inspector and/or the Board concerning the building permit issued to Ms. Newman in or about October 1998, and the subsequent denial by the Building Inspector and the Board of plaintiffs' request to revoke the building permit and enforce the Bylaw against Ms. Newman. Ms. Newman reserves the right to supplement this list.

III.   <u>Rule 26(a)(1)(C)</u> – Computation of damages.   Not applicable.

IV.   <u>Rule 26(a)(1)(D)</u> – Insurance.   Not applicable.

BROOKE NEWMAN

By her attorneys,

/s/ Julie Pruitt Barry
Julie Pruitt Barry (BBO #563018)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
617-439-2000

Dated:  June 1, 2005

1434882.1