**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

BARBARA CORDI-ALLEN, ET AL
    Plaintiff(s)

       v.

                                  CIVIL ACTION NO. 05-10370-PBS

JOHN R. CONLON, ET AL
    Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

**TO JUDGE SARIS**

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]    On _____July 12, 2005_____, I held the following ADR proceeding:

    _____ SCREENING CONFERENCE      _____ EARLY NEUTRAL EVALUATION

    __X__ MEDIATION      _____ SUMMARY BENCH / JURY TRIAL

    _____ MINI-TRIAL      _____ SETTLEMENT CONFERENCE

    All parties were represented by counsel [except _____ ]

    The parties were / were not present in person or by authorized corporate officer [except _____ ].

    The case was:

[ ]    Settled. Your clerk should enter a _____ day order of dismissal.

[ X ]    There was progress. A further conference has been scheduled for ___August 2, 2005 at 10:00 AM___ unless the case is reported settled prior to that date.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

[ ]

July 12, 2005                            /s/ Marianne B. Bowler
DATE                                            ADR Provider
                                                    MARIANNE B. BOWLER, U.S.M.J.

(ADRreport.wpd - 4/12/2000)                                            [adrrpt.]