**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>BARBARA CORDI-ALLEN, ET AL</u>
    Plaintiff(s)

        v.

CIVIL ACTION NO. <u>05-10370-PBS</u>

<u>JOHN R. CONLON, ET AL</u>
Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

<u>TO JUDGE SARIS</u>

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ ]    On _____, I held the following ADR proceeding:

        _____ SCREENING CONFERENCE      _____ EARLY NEUTRAL EVALUATION
        _____ MEDIATION                          _____ SUMMARY BENCH / JURY TRIAL
        _____ MINI-TRIAL                          _____ SETTLEMENT CONFERENCE

    All parties were represented by counsel [except _____]

    The parties were / were not present in person or by authorized corporate officer [except _____].

    The case was:

[ ]    Settled. Your clerk should enter a _____ day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[X]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

[X]    **The parties were scheduled to return for a further mediation on August 2, 2005 and have decided not to continue to mediate the case.**

August 2, 2005                              /s/ Marianne B. Bowler
DATE                                     ADR Provider
                                            <u>MARIANNE B. BOWLER, U.S.M.J.</u>