UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-10370PBS

BARBARA CORDI-ALLEN AND )
JOHN ALLEN, )
    Plaintiffs, )
)
VS. )
)
JOSEPH R. CONLON, ARTHUR F. HUTLIN,)
NORMAN H. POPE, KEITH S. ALTHAUS, )
And MARINNA MATRICARDI as they are )
Members and collectively the TRURO )
ZONING BOARD OF APPEALS AND THE )
TOWN OF TRURO, MASSACHUSETTS, )
AND BROOKE NEWMAN, )
    Defendants )

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

We hereby certify that counsel for the Defendants have attempted to confer with Paul Revere, III, attorney for the Plaintiffs, on several occasions by telephone and in writing concerning the Plaintiffs' failure to respond to discovery. In addition, in correspondence confirming that the Plaintiffs' deposition was cancelled, attorney for Defendant Town of Truro, et al, again reminded the Plaintiff's attorney that the discovery was outstanding. Despite the Plaintiffs' attorney's repeated assurances that the responses would be forthcoming, to date no discovery responses have been received.

Respectfully submitted,
For the Defendants,
Truro Zoning Board of Appeals and
The Tow of Truro, et al
By their attorneys,

/s/Deborah I. Ecker
Leonard H. Kesten, BBO# 542042
Deborah I. Ecker, BBO# 554623
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Respectfully submitted,
For the Defendant,
Brooke Newman,
By her attorneys,

/s/ Julie Pruitt Barry
Julie Pruitt Barry, Esq., BBO# 563018
Nutter, McClennen & Fish, LLP
155 Seaport Blvd.
Boston, MA 02210
(617) 439-2815

DATED: November 10, 2005

1