UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-10370PBS

BARBARA CORDI-ALLEN AND )
JOHN ALLEN, )
    Plaintiffs, )
)
)
VS. )
)
JOSEPH R. CONLON, ARTHUR F. HUTLIN, )
NORMAN H. POPE, KEITH S. ALTHAUS, )
And MARINNA MATRICARDI as they are )
Members and collectively the TRURO )
ZONING BOARD OF APPEALS AND THE )
TOWN OF TRURO, MASSACHUSETTS, )
AND BROOKE NEWMAN, )
    Defendants )

## ASSENTED TO MOTION TO EXTEND DEADLINE FOR FILING MOTION FOR SUMMARY JUDGMENT

NOW COMES the Defendant, Town of Truro, et al, in the above captioned matter and hereby requests that this Honorable Court extend the time in which it may file a Motion for Summary Judgment from April 21, 2006 to May 19, 2006. As grounds therefore, the Defendant states that the Plaintiffs' depositions were completed on March 31, 2006. As of this date, the parties have yet to receive the deposition transcripts which are necessary for their proposed Motion for Summary Judgment. More time is needed to receive these transcripts and file the subject motion. Attorneys for the Plaintiffs and for Defendant Brooke Newman have assented to this motion and no party will be prejudiced by its allowance.

WHEREFORE, the Defendant Town of Truro, et al, hereby requests this Honorable Court extend the time in which they may file a Motion for Summary Judgment from April 21, 2006 to May 19, 2006.

1

        Respectfully submitted,
The Defendants,
Town of Truro, et al
By their attorneys,

/s/ Deborah I. Ecker
Deborah I. Ecker, BBO# 554623
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Assented to by:

/s/ Paul Revere, III
Paul Revere, III, BBO# 636200
Law Offices of Paul Revere, III
297 North Street, Suite 336
Hyannis, MA 02601
(508) 778-7126
[Attorney for the Plaintiffs]

/s/ Julie Pruitt Barry
Julie Pruitt Barry, BBO# 563018
Nutter McClennen & Fish, LLP
155 Seaport Blvd.
Boston, MA 02210
(617) 439-2000
[Attorney for Defendant Brooke Newman]

DATED: April 4, 2006