### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

**Civil Action No. 05-10370PBS**

| | |
|---|---|
| **BARBARA CORDI-ALLEN and JOHN ALLEN** ) <br> ) <br>     **Plaintiffs,** ) <br> ) <br> **v.** ) <br> ) <br> **JOSEPH R. CONLON, ARTHUR F. HULTIN,** ) <br> **NORMAN H. POPE, KEITH S. ALTHAUS, and** ) <br> **MARINNA MATRICARDI as they are members** ) <br> **and are collectively the TRURO ZONING** ) <br> **BOARD OF APPEALS, BROOKE NEWMAN,** ) <br> **and the TOWN OF TRURO, MASSACHUSETTS** ) <br> ) <br>     **Defendants.** ) | **JOINT MOTION FOR BRIEF** <br> **EXTENSION TO FILE SUMMARY** <br> **JUDGMENT BRIEFS** |

The parties jointly request a one-week extension to file summary judgment briefs in this matter, from May 19, 2006 to May 26, 2006 to file motions for summary judgment, and June 9, 2006 to June 16, 2006 to file any opposition thereto. The parties do not request a continuance of the hearing scheduled on June 28, 2006. As their grounds, the parties state that the brief filing extension is necessary due to counsels' scheduling conflicts. No party will be prejudiced by allowance of this motion.

Wherefore, the parties respectfully request that the Court allow this motion.

BROOKE NEWMAN

By her attorneys,

/s/ Julie Pruitt Barry
Julie Pruitt Barry (BBO #563018)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
617-439-2000

Dated: May 15, 2006

/s/ Paul Revere, III
**Paul Revere, III, BBO# 636200**
**Law Offices of Paul Revere, III**
**297 North Street, Suite 336**
**Hyannis, MA 02601**
**(508) 778-7126**


/s/ Deborah I. Ecker
**Deborah I. Ecker, BO# 554623**
**Brody, Hardoon Perkins & Kesten, LLP**
**One Exeter Plaza**
**Boston, MA 02116**
**(617) 880-7100**

1529450.1