UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-10370PBS

BARBARA CORDI-ALLEN AND )
JOHN ALLEN, )
      Plaintiffs, )
)
)
VS. )
)
JOSEPH R. CONLON, ARTHUR F. HUTLIN, )
NORMAN H. POPE, KEITH S. ALTHAUS, )
and MARINNA MATRICARDI as they are )
Members and collectively the TRURO )
ZONING BOARD OF APPEALS and THE )
TOWN OF TRURO, MASSACHUSETTS, )
AND BROOKE NEWMAN, )
      Defendants )

### DEFENDANTS' MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW IN SUPPORT OF SUMMARY JUDGMENT IN EXCESS OF TWENTY PAGES

NOW COMES counsel for the defendants John R. Conlon, Arthur F. Hutlin, Norman H. Pope, Keith S. Althaus, and Marinna Matricardi as they are members and collectively the Truro Zoning Board of Appeals in the above-captioned matter and, pursuant to Local Rule 7.1(B)(4), requests leave of this court to file a memorandum of law in support of their motion for summary judgment in excess of twenty pages. As grounds, they state that this matter involves allegations spanning a number of years, and that involve reference to a number of events, including events dating back to 1992. The plaintiffs' complaint asserts five counts against the defendants. The memorandum details the course of events over the years and addresses the plaintiffs' claims – including their claim that others are similarly situated to them. The memorandum of law is twenty-six pages in length. The defendants submit that the additional pages are

needed so as to provide the Court with a full picture of the issues and arguments in this case on summary judgment.

**WHEREFORE**, the defendants request leave of court to file a memorandum in excess of twenty pages.

                                        Respectfully submitted,

                                        /s/ Deborah I. Ecker
                                        Deborah Ecker, BBO# 554623
                                        Deidre Brennan Regan, BBO #552432
                                        **BRODY, HARDOON, PERKINS & KESTEN, LLP**
                                        One Exeter Plaza, 12th Floor
                                        Boston, MA  02116
                                        (617) 880-7100

Date: May 26, 2006