UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-10370PBS

| | |
|---|---|
| BARBARA CORDI-ALLEN AND JOHN ALLEN,<br>    Plaintiffs,<br><br>VS.<br><br>JOSEPH R. CONLON, ARTHUR F. HUTLIN, NORMAN H. POPE, KEITH S. ALTHAUS, and MARINNA MATRICARDI as they are Members and collectively the TRURO ZONING BOARD OF APPEALS and THE TOWN OF TRURO, MASSACHUSETTS, AND BROOKE NEWMAN,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF DEIDRE REGAN

I, Deidre Regan, hereby depose and state as follows:

1. I am an attorney at Brody, Hardoon, Perkins & Kesten, One Exeter Plaza, Boston, MA 02116, which represents the defendants in the captioned action.

2. Exhibit 3, attached hereto, is a true and accurate copy of the Deposition of John Allen in this action.

3. Exhibit 4, attached hereto, is a true and accurate copy of the Deposition of Barbara Cordi Allen in this action.

4. Exhibit 6, attached hereto, is a true and accurate copy of the decision of the Zoning Board of Appeals dated January 19, 2005.

5. Exhibit 8, attached hereto, is a true and accurate copy of "Subdivision Plan of Land in Truro made for John C. Worthington, which was Ex. 9 to Ms. Cordi-Allen's Deposition.

6. Exhibit 9, attached hereto, is a true and accurate copy of a real estate advertisement that was Ex. 11 to Ms. Cordi Allen's Deposition.

/s/ Deidre Regan
Deidre Regan

Date: 5/26/06