UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-10370PBS

BARBARA CORDI-ALLEN AND )
JOHN ALLEN, )
    Plaintiffs, )
)
)
VS. )
)
JOSEPH R. CONLON, ARTHUR F. HUTLIN, )
NORMAN H. POPE, KEITH S. ALTHAUS, )
and MARINNA MATRICARDI as they are )
Members and collectively the TRURO )
ZONING BOARD OF APPEALS and THE )
TOWN OF TRURO, MASSACHUSETTS, )
AND BROOKE NEWMAN, )
    Defendants )

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

NOW COMES counsel for the defendants John R. Conlon, Arthur F. Hutlin, Norman H. Pope, Keith S. Althaus, and Marinna Matricardi as they are members and collectively the Truro Zoning Board of Appeals in the above-captioned matter and certifies that they have conferred with Paul Revere III, counsel for the plaintiff, by telephone on May 24, 2006, regarding *Defendants' Motion for Summary Judgment and supporting memorandum* in a good faith attempt to resolve or narrow the issues raised in said motion. The parties have so conferred and they have agreed to continue to so confer regarding the issues in this case.

Respectfully submitted,

/s/ Deborah Ecker
Deborah Ecker, BBO# 554623
Deidre Brennan Regan, BBO #552432
**BRODY, HARDOON, PERKINS & KESTEN, LLP**
One Exeter Plaza, 12th Floor
Boston, MA 02116
(617) 880-7100

Date: May 26, 2006