UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-10370PBS

| | |
|---|---|
| BARBARA CORDI-ALLEN and JOHN ALLEN | ) |
| Plaintiffs, | ) |
| v. | ) |
| JOSEPH R. CONLON, ARTHUR F. HULTIN, NORMAN H. POPE, KEITH S. ALTHAUS, and MARINNA MATRICARDI as they are members and are collectively the TRURO ZONING BOARD OF APPEALS, BROOKE NEWMAN, and the TOWN OF TRURO, MASSACHUSETTS | ) |
| Defendants. | ) |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

The undersigned, counsel for defendant Brooke Newman, hereby certify that I conferred with plaintiffs' counsel and attempted in good faith to resolve or narrow the issues in the Motion for Summary Judgment before filing said motion.

BROOKE NEWMAN

By her attorneys,

/s/ Julie Pruitt Barry
Julie Pruitt Barry (BBO #563018)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
617-439-2000

Dated: May 26, 2006

1532619.1