UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-10370PBS

| | |
|---|---|
| BARBARA CORDI-ALLEN AND JOHN ALLEN,<br>    Plaintiffs,<br><br>VS.<br><br>JOSEPH R. CONLON, ARTHUR F. HUTLIN, NORMAN H. POPE, KEITH S. ALTHAUS, And MARINNA MATRICARDI as they are Members and collectively the TRURO ZONING BOARD OF APPEALS AND THE TOWN OF TRURO, MASSACHUSETTS, AND BROOKE NEWMAN,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEAL OF PLAINTIFFS**

Notice is hereby given that the Plaintiffs hereby appeal to the Court of Appeals from theJul 19, 2006, decision dismissing their claims under 42 U.S.C. Sec. 1983 pursuant to Rule 56 of the Federal Rules of Civil Procedure.

                                    Respectfully Submitted,

                                    /s/ Paul Revere III_____
                                  Paul Revere, III
                                  (BBO #636200)
                                  Law Offices of Paul Revere, III
                                  297 North Street, Suite 336
                                  Hyannis, Massachusetts 02601
                                  (508)778-7126

Dated: August 18, 2006


I certify that this notice was served upon the attorney of record for each party on August 16, 2006.

                                  Paul Revere, III