## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-10370

Barbara Cordi-Allen, et al

v.

Joseph R. Conlon, et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1- 43

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/18/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 1, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 9/6/06 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-10370-PBS

Cordi-Allen et al v. Conlon et al
Assigned to: Judge Patti B. Saris
Case in other court: Barnstable Superior Court, BACV2005-00080
Cause: 42:1983 Civil Rights (Employment Discrimination)

Date Filed: 02/24/2005
Jury Demand: Defendant
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Barbara Cordi-Allen**  represented by  **Paul Revere, III**
Law Offices of Paul Revere, III
297 North Street
Hyannis, MA 02601
508-778-7126
Fax: 508-778-7121
Email: revereiii@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Allen**  represented by  **Paul Revere, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Joseph R. Conlon**  represented by  **Deborah I. Ecker**
Brody, Hardoon, Perkins & Keston
One Exeter Plaza 12th Floor
699 Exeter Street
Boston, MA 02116
617-880-7100
Fax: 617-880-7171
Email: decker@bhpklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leonard H. Kesten**
Brody, Hardoon, Perkins & Kesten
One Exeter Plaza
12th Floor
Boston, MA 02116

        617-880-7100
        Fax: 617-880-7171
        Email: lkesten@bhpklaw.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**
**Arthur F. Hutlin**      represented by  **Deborah I. Ecker**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Leonard H. Kesten**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**
**Norman H. Pope**      represented by  **Deborah I. Ecker**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Leonard H. Kesten**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**
**Keith S. Althaus**      represented by  **Deborah I. Ecker**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Leonard H. Kesten**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**
**Marinna Matricardi**      represented by  **Deborah I. Ecker**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Leonard H. Kesten**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Truro Zoning Board of Appeals**     represented by  **Deborah I. Ecker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leonard H. Kesten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brooke Newman**     represented by  **Deborah I. Ecker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leonard H. Kesten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julie F. Pruitt Barry**
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2699
617-439-2831
Fax: 617-310-9831
Email: JPBarry@nutter.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Town of Truro, Massachusetts**     represented by  **Deborah I. Ecker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leonard H. Kesten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mediator**

**Marianne B. Bowler**
*TERMINATED: 08/02/2005*

| Date Filed | # | Docket Text |
|---|---|---|

| 02/24/2005 | 1 | NOTICE OF REMOVAL by Arthur F. Hutlin, Norman H. Pope, Keith S. Althaus, Marinna Matricardi, Truro Zoning Board of Appeals, Brooke Newman, Town of Truro, Massachusetts, Joseph R. Conlon from Barnstable Superior Court, case number BACV2005-00080. $ 250, receipt number 62327. (Attachments: # 1 Exhibit A# 2 Category Sheet# 3 Civil Cover Sheet)(Patch, Christine) (Entered: 03/01/2005) |
|---|---|---|
| 02/24/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Patch, Christine) (Entered: 03/01/2005) |
| 02/24/2005 | 2 | NOTICE of Appearance by Deborah I. Ecker on behalf of Arthur F. Hutlin, Norman H. Pope, Keith S. Althaus, Marinna Matricardi, Truro Zoning Board of Appeals, Brooke Newman, Town of Truro, Massachusetts, Joseph R. Conlon (Patch, Christine) (Entered: 03/01/2005) |
| 02/24/2005 | 3 | NOTICE of Appearance by Leonard H. Kesten on behalf of Arthur F. Hutlin, Norman H. Pope, Keith S. Althaus, Marinna Matricardi, Truro Zoning Board of Appeals, Brooke Newman, Town of Truro, Massachusetts, Joseph R. Conlon (Patch, Christine) (Entered: 03/01/2005) |
| 03/01/2005 | 4 | NOTICE of Scheduling Conference Scheduling Conference set for 4/27/2005 02:30 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 03/04/2005) |
| 03/16/2005 | 5 | ANSWER to Complaint with Jury Demand by Arthur F. Hutlin, Norman H. Pope, Keith S. Althaus, Marinna Matricardi, Truro Zoning Board of Appeals, Town of Truro, Massachusetts, Joseph R. Conlon.(Ecker, Deborah) (Entered: 03/16/2005) |
| 03/18/2005 | 7 | STATE COURT Record Arthur F. Hutlin served on 2/18/2005, answer due 3/10/2005; Norman H. Pope served on 2/18/2005, answer due 3/10/2005; Keith S. Althaus served on 2/18/2005, answer due 3/10/2005; Marinna Matricardi served on 2/18/2005, answer due 3/10/2005; Truro Zoning Board of Appeals served on 2/24/2005, answer due 3/16/2005; Brooke Newman served on 2/24/2005; Town of Truro, Massachusetts served on 2/24/2005, answer due 3/16/2005; Joseph R. Conlon served on 2/18/2005, answer due 3/10/2005.. (Patch, Christine) Modified on 3/25/2005 (Patch, Christine). (Entered: 03/25/2005) |
| 03/23/2005 | 6 | NOTICE of Appearance by Julie F. Pruitt Barry on behalf of Brooke Newman (Barry, Julie) Additional attachment(s) added on 3/24/2005 (Patch, Christine). (Entered: 03/23/2005) |
| 03/25/2005 |  | Set/Reset Answer Deadlines for Brooke Newman. (Patch, Christine) (Entered: 03/25/2005) |
| 03/25/2005 | 8 | NOTICE OF RESCHEDULING Scheduling Conference previously scheduled for 4/27/05 has been rescheduled to 4/27/2005 04:00 PM in Courtroom 19 before Judge Patti B. Saris. Note: Change is to time only. (Patch, Christine) (Entered: 03/28/2005) |

| 04/21/2005 | 9 | JOINT SUBMISSION pursuant to Local Rule 16.1 *Regarding Proposed Pre-Trial Schedule* by Arthur F. Hutlin, Norman H. Pope, Keith S. Althaus, Marinna Matricardi, Truro Zoning Board of Appeals, Brooke Newman, Town of Truro, Massachusetts, Barbara Cordi-Allen, John Allen, Joseph R. Conlon.(Ecker, Deborah) (Entered: 04/21/2005) |
|---|---|---|
| 04/27/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Scheduling Conference held on 4/27/2005. Court sets discovery and motion filing deadlines. Parties referred to Mediation in: Summer, 2005. (Alba, Robert) (Entered: 04/27/2005) |
| 04/27/2005 | 10 | Judge Patti B. Saris : ORDER entered. REFERRING CASE to Alternative Dispute Resolution for Mediation: Summer, 2005.(Patch, Christine) (Entered: 05/02/2005) |
| 04/27/2005 | 11 | Judge Patti B. Saris : ORDER entered. SCHEDULING ORDER:Fact Discovery due by 9/30/2005. Plaintiff's expert designation deadline: 10/31/05; Defendant's expert designation deadline: 11/30/05. Expert discovery deadline: 12/30/05. Summary Judgment Motion due by 1/30/2006; opposition due by 2/28/06. Hearing on Summary Judgment or Pretrial Conference set for 3/15/2006 02:00 PM in Courtroom 19 before Judge Patti B. Saris. Case to be referred to Mediation program: Summer, 2005. (Patch, Christine) (Entered: 05/02/2005) |
| 05/18/2005 |  | Notice of assignment to ADR Provider. Mag. Judge Marianne B. Bowler appointed as mediator. The court will contact counsel about scheduling mediation.(Nee, Amy) (Entered: 05/18/2005) |
| 06/01/2005 | 12 | Document disclosure by Brooke Newman.(Barry, Julie) (Entered: 06/01/2005) |
| 06/09/2005 |  | NOTICE of ADR Conference: Alternative dispute resolution hearing set for 7/12/2005 at 10:00 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler; All parties must be in attendance for this mediaton; Leave of the court is required for any exceptions; All confidential briefs must be submitted to the court no later than two days prior to the hearing. (Saccoccio, Dianalynn) (Entered: 06/09/2005) |
| 07/12/2005 | 13 | REPORT of Alternative Dispute Resolution Provider; Mediation held on 7/12/2005; Mediation continued to 8/2/2005 at 10:00 AM. (Saccoccio, Dianalynn) (Entered: 07/12/2005) |
| 08/02/2005 | 14 | REPORT of Alternative Dispute Resolution Provider (Saccoccio, Dianalynn) (Entered: 08/02/2005) |
| 11/10/2005 | 15 | MOTION to Compel *Plaintiff to Answer Discovery* by Arthur F. Hutlin, Norman H. Pope, Keith S. Althaus, Marinna Matricardi, Truro Zoning Board of Appeals, Brooke Newman, Town of Truro, Massachusetts, Joseph R. Conlon.(Ecker, Deborah) (Entered: 11/10/2005) |
| 11/10/2005 | 16 | CERTIFICATE OF CONSULTATION re 15 MOTION to Compel *Plaintiff to Answer Discovery Pursuant to Local Rule 7.1(a)(2)* by Deborah I. Ecker on behalf of Arthur F. Hutlin, Norman H. Pope, Keith |

| | | |
|---|---|---|
| | | S. Althaus, Marinna Matricardi, Truro Zoning Board of Appeals, Brooke Newman, Town of Truro, Massachusetts, Joseph R. Conlon. (Ecker, Deborah) (Entered: 11/10/2005) |
| 12/28/2005 | | Judge Patti B. Saris : Electronic ORDER entered granting 15 Motion to Compel Plaintiff to Answer Discovery. "The documents shall be produced and interrogatories answered by 1/13/06." (Patch, Christine) (Entered: 12/29/2005) |
| 03/14/2006 | 17 | Joint MOTION to Continue Pre-Trial Conference scheduled for March 15, 2006 to June, 2006 by Arthur F. Hutlin, Norman H. Pope, Keith S. Althaus, Marinna Matricardi, Truro Zoning Board of Appeals, Brooke Newman, Town of Truro, Massachusetts, Barbara Cordi-Allen, John Allen, Joseph R. Conlon.(Ecker, Deborah) (Entered: 03/14/2006) |
| 03/14/2006 | | Judge Patti B. Saris: Electronic ORDER entered allowing 17 Joint MOTION to Continue Pre-Trial Conference scheduled for March 15, 2006 to June, 2006. "Allowed. All discovery shall be completed by 3/31/06. Any motion for summary judgment shall be filed by 4/21/06. Any opposition by 5/12/06. A hearing shall be held on 5/31/06 at 4:00 PM." (Alba, Robert) (Entered: 03/14/2006) |
| 04/04/2006 | 18 | Assented to MOTION for Extension of Time to May 19, 2006 to File Motion for Summary Judgment by Arthur F. Hutlin, Norman H. Pope, Keith S. Althaus, Marinna Matricardi, Truro Zoning Board of Appeals, Town of Truro, Massachusetts, Joseph R. Conlon.(Ecker, Deborah) (Entered: 04/04/2006) |
| 04/10/2006 | | Judge Patti B. Saris : Electronic ORDER entered granting 18 Motion to Extend Deadline for Filing Motion for Summary Judgment. The Summary Judgment Motion shall be filed by 5/19/2006. An opposition to be filed by 6/9/06. The Hearing on Summary Judgment/Pretrial Conference is rescheduled to for 6/28/2006 02:00 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 04/13/2006) |
| 05/15/2006 | 19 | Joint MOTION for Extension of Time to File *Summary Judgment Briefs* by Arthur F. Hutlin, Norman H. Pope, Keith S. Althaus, Marinna Matricardi, Truro Zoning Board of Appeals, Brooke Newman, Town of Truro, Massachusetts, Barbara Cordi-Allen, John Allen, Marianne B. Bowler, Joseph R. Conlon.(Barry, Julie) (Entered: 05/15/2006) |
| 05/16/2006 | | Judge Patti B. Saris: Electronic ORDER entered allowing 19 Joint MOTION for Extension of Time to File Summary Judgment Briefs. "Allowed. Motion for summary judgment is due by May 26, 2006. Opposition is due by June 16, 2006." (Alba, Robert) (Entered: 05/16/2006) |
| 05/26/2006 | 20 | MOTION for Leave to File Excess Pages *for Memorandum of Law in Support of Summary Judgment* by Arthur F. Hutlin, Norman H. Pope, Keith S. Althaus, Marinna Matricardi, Truro Zoning Board of Appeals, Town of Truro, Massachusetts, Joseph R. Conlon.(Ecker, Deborah) (Entered: 05/26/2006) |

| 05/26/2006 | 21 | MOTION for Summary Judgment by Arthur F. Hutlin, Norman H. Pope, Keith S. Althaus, Marinna Matricardi, Truro Zoning Board of Appeals, Town of Truro, Massachusetts, Joseph R. Conlon. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4 - Part 1# 5 Exhibit 4 - Part 2# 6 Exhibit 5# 7 Exhibit 6# 8 Exhibit 7# 9 Exhibit 8# 10 Exhibit 9# 11 Exhibit 10# 12 Exhibit 11# 13 Exhibit 13# 14 Exhibit 14# 15 Exhibit 15# 16 Exhibit 16# 17 Exhibit 17# 18 Exhibit 18# 19 Exhibit 19# 20 Exhibit 20# 21 Exhibit 21# 22 Exhibit 22)(Ecker, Deborah) (Entered: 05/26/2006) |
|---|---|---|
| 05/26/2006 | 22 | MEMORANDUM in Support re 21 MOTION for Summary Judgment filed by Arthur F. Hutlin, Norman H. Pope, Keith S. Althaus, Marinna Matricardi, Truro Zoning Board of Appeals, Town of Truro, Massachusetts, Joseph R. Conlon. (Ecker, Deborah) (Entered: 05/26/2006) |
| 05/26/2006 | 23 | Statement of Material Facts L.R. 56.1 re 21 MOTION for Summary Judgment filed by Arthur F. Hutlin, Norman H. Pope, Keith S. Althaus, Marinna Matricardi, Truro Zoning Board of Appeals, Town of Truro, Massachusetts, Joseph R. Conlon. (Ecker, Deborah) (Entered: 05/26/2006) |
| 05/26/2006 | 24 | AFFIDAVIT of Deidre Regan re 21 MOTION for Summary Judgment by Arthur F. Hutlin, Norman H. Pope, Keith S. Althaus, Marinna Matricardi, Truro Zoning Board of Appeals, Town of Truro, Massachusetts, Joseph R. Conlon. (Ecker, Deborah) (Entered: 05/26/2006) |
| 05/26/2006 | 25 | CERTIFICATE OF CONSULTATION re 21 MOTION for Summary Judgment by Deborah I. Ecker on behalf of Arthur F. Hutlin, Norman H. Pope, Keith S. Althaus, Marinna Matricardi, Truro Zoning Board of Appeals, Town of Truro, Massachusetts, Joseph R. Conlon. (Ecker, Deborah) (Entered: 05/26/2006) |
| 05/26/2006 | 26 | MOTION for Summary Judgment *on Count I of the Complaint* by Brooke Newman.(Barry, Julie) Additional attachment(s) added on 5/30/2006 (Patch, Christine). (Entered: 05/26/2006) |
| 05/26/2006 | 27 | MEMORANDUM in Support re 26 MOTION for Summary Judgment *on Count I of the Complaint* filed by Brooke Newman. (Barry, Julie) Additional attachment(s) added on 5/30/2006 (Patch, Christine). (Entered: 05/26/2006) |
| 05/26/2006 | 28 | AFFIDAVIT in Support re 27 Memorandum in Support of Motion *Affidavit of Brooke Newman*. (Barry, Julie) (Entered: 05/26/2006) |
| 05/26/2006 | 29 | CERTIFICATE OF CONSULTATION re 26 MOTION for Summary Judgment *on Count I of the Complaint ursuant to Rule 7.1* by Julie F. Pruitt Barry on behalf of Brooke Newman. (Barry, Julie) (Entered: 05/26/2006) |
| 05/26/2006 | 30 | AFFIDAVIT in Support re 27 Memorandum in Support of Motion *Affidavit of Julie Barry*. (Attachments: # 1 Exhibit A-E# 2 Exhibit F part |

| | | |
|---|---|---|
| | | 1# <u>3</u> Exhibit F part 2# <u>4</u> Exhibit F part 3# <u>5</u> Exhibit G - K# <u>6</u> Exhibit L-O)(Barry, Julie) (Entered: 05/26/2006) |
| 05/30/2006 | 🔵 | Judge Patti B. Saris: Electronic ORDER entered granting <u>20</u> MOTION for Leave to File Excess Pages for Memorandum of Law in Support of Summary Judgment by Arthur F. Hutlin, Norman H. Pope, Keith S. Althaus, Marinna Matricardi, Truro Zoning Board of Appeals, Town of Truro, Massachusetts, Joseph R. Conlon. (Alba, Robert) (Entered: 05/30/2006) |
| 06/19/2006 | <u>31</u> | MOTION for Leave to File Excess Pages by Barbara Cordi-Allen, John Allen. (Attachments: # <u>1</u> Memorandum in Opposition to Motion for Summary Judgment)(Patch, Christine) (Entered: 06/21/2006) |
| 06/19/2006 | <u>32</u> | Response by Barbara Cordi-Allen, John Allen to <u>23</u> Statement of Material Facts L.R. 56.1,. (Patch, Christine) (Entered: 06/21/2006) |
| 06/19/2006 | <u>33</u> | AFFIDAVIT of Paul Revere, III by Barbara Cordi-Allen, John Allen. (Attachments: # <u>1</u> Exhibit 1# <u>2</u> Exhibit 2# <u>3</u> Exhibit 3# <u>4</u> Exhibit 4# <u>5</u> Exhibit 5# <u>6</u> Exhibit 6# <u>7</u> Exhibit 7# <u>8</u> Exhibit 8# <u>9</u> Exhibit 9# <u>10</u> Exhibit 10# <u>11</u> Exhibit 11# <u>12</u> Exhibit 12# <u>13</u> Exhibit 13# <u>14</u> Exhibit 14# <u>15</u> Exhibit 15# <u>16</u> Exhibit 16# <u>17</u> Exhibit 17# <u>18</u> Exhibit 18# <u>19</u> Exhibit 19# <u>20</u> Exhibit 20# <u>21</u> Exhibit 21# <u>22</u> Exhibit 22# <u>23</u> Errata 23# <u>24</u> Exhibit 24# <u>25</u> Exhibit 25)(Patch, Christine) (Entered: 06/22/2006) |
| 06/23/2006 | <u>34</u> | MOTION for Leave to File *Reply Brief* by Brooke Newman.(Barry, Julie) (Entered: 06/23/2006) |
| 06/23/2006 | <u>35</u> | REPLY to Response to Motion re <u>34</u> MOTION for Leave to File *Reply Brief in Response to Plaintiff's Opposition to Summary Judgment* filed by Brooke Newman. (Attachments: # <u>1</u> Exhibit)(Barry, Julie) (Entered: 06/23/2006) |
| 06/26/2006 | 🔵 | Judge Patti B. Saris: Electronic ORDER entered granting <u>34</u> Motion for Leave to File Reply. (Alba, Robert) (Entered: 06/26/2006) |
| 06/26/2006 | <u>36</u> | AMENDED ANSWER to *Plaintiffs, Barbara Cordi-Allen and John Allen Complaint* by Arthur F. Hutlin, Norman H. Pope, Keith S. Althaus, Marinna Matricardi, Truro Zoning Board of Appeals, Town of Truro, Massachusetts, Joseph R. Conlon. (Ecker, Deborah) (Entered: 06/26/2006) |
| 06/26/2006 | <u>37</u> | MOTION for Leave to File *Reply Memorandum in Support of their Motion for Summary Judgment* by Arthur F. Hutlin, Norman H. Pope, Keith S. Althaus, Marinna Matricardi, Truro Zoning Board of Appeals, Town of Truro, Massachusetts, Joseph R. Conlon.(Ecker, Deborah) Additional attachment(s) added on 6/27/2006 (Patch, Christine). (Entered: 06/26/2006) |
| 06/26/2006 | <u>38</u> | MOTION for Leave to File *Reply Memorandum in Support of Their Motion for Summary Judgment* by Arthur F. Hutlin, Norman H. Pope, Keith S. Althaus, Marinna Matricardi, Truro Zoning Board of Appeals, Town of Truro, Massachusetts, Joseph R. Conlon.(Ecker, Deborah) |

| | | |
|---|---|---|
| | | (Entered: 06/26/2006) |
| 06/26/2006 | 39 | MOTION to Strike *Certain Exhibits and References thereto from Plaintiffs' Opposition to Defendants' Summary Judgment* by Arthur F. Hutlin, Keith S. Althaus, Marinna Matricardi, Truro Zoning Board of Appeals, Town of Truro, Massachusetts, Joseph R. Conlon.(Ecker, Deborah) (Entered: 06/26/2006) |
| 06/26/2006 | 40 | MEMORANDUM in Support re 21 MOTION for Summary Judgment *(Reply Memorandum)* filed by Arthur F. Hutlin, Norman H. Pope, Keith S. Althaus, Marinna Matricardi, Truro Zoning Board of Appeals, Town of Truro, Massachusetts, Joseph R. Conlon. (Ecker, Deborah) (Entered: 06/26/2006) |
| 06/27/2006 | | Documents terminated: 38 MOTION for Leave to File *Reply Memorandum in Support of Their Motion for Summary Judgment* filed by Joseph R. Conlon, Arthur F. Hutlin, Norman H. Pope, Keith S. Althaus, Marinna Matricardi, Truro Zoning Board of Appeals,, Town of Truro, Massachusetts, 40 Memorandum in Support of Motion, filed by Joseph R. Conlon, Arthur F. Hutlin, Norman H. Pope, Keith S. Althaus, Marinna Matricardi, Truro Zoning Board of Appeals, Town of Truro, Massachusetts.(Patch, Christine) (Entered: 06/27/2006) |
| 06/27/2006 | | Notice of correction to docket made by Court staff. Correction: Documents No. 38 and 40 terminated because: Document No. 38 was a duplicate of Document No. 37. Document No. 40 should have been filed as an attachment to Document No. 37. Please refer to Document No. 37 for corrected filing. (Patch, Christine) (Entered: 06/27/2006) |
| 06/27/2006 | | ELECTRONIC NOTICE issued requesting courtesy copy for Document Nos. 20-30 Counsel who filed these documents are requested to bring a courtesy copy of these documents to the Hearing in Courtroom Number 19 at 2:00 PM on 6/28/06. **These documents must be clearly marked as a Courtesy Copy and reflect the document number assigned by CM/ECF.** (Patch, Christine) (Entered: 06/27/2006) |
| 06/28/2006 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris: Motion Hearing held on 6/28/2006 re 21 MOTION for Summary Judgment filed by Joseph R. Conlon, Arthur F. Hutlin, Norman H. Pope, Keith S. Althaus, Marinna Matricardi, Truro Zoning Board of Appeals, Town of Truro, Massachusetts, and 26 MOTION for Summary Judgment *on Count I of the Complaint* filed by Brooke Newman. Court hears argument of counsel. Court takes motion under advisement. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 06/28/2006) |
| 07/06/2006 | 41 | Supplemental MEMORANDUM in Support re 21 MOTION for Summary Judgment filed by Arthur F. Hutlin, Norman H. Pope, Keith S. Althaus, Marinna Matricardi, Truro Zoning Board of Appeals, Town of Truro, Massachusetts, Joseph R. Conlon. (Ecker, Deborah) (Entered: 07/06/2006) |
| 07/19/2006 | 42 | Judge Patti B. Saris : ORDER entered. MEMORANDUM AND ORDER. "The motion to dismiss the federal claims is allowed. The State claims |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                         |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | are remanded to state court." (Patch, Christine) (Entered: 07/20/2006)                                                                                                                                                                                                                                                                                                                   |
| 07/19/2006 | ●   | Civil Case Terminated. Case remanded to Barnstable Superior Court. (Patch, Christine) (Entered: 07/24/2006)                                                                                                                                                                                                                                                                              |
| 08/09/2006 | ●   | Return receipt received for mail sent to Barnstable Superior Court Delivered on 7/25/06 (Patch, Christine) (Entered: 08/15/2006)                                                                                                                                                                                                                                                         |
| 08/18/2006 | 43  | NOTICE OF APPEAL by all plaintiffs. $ 455 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 9/7/2006. (Revere, Paul) (Entered: 08/18/2006) |