# United States Court of Appeals
## For the First Circuit

**MANDATE**

No. 06-2300

BARBARA CORDI-ALLEN AND JOHN ALLEN,

Plaintiffs, Appellants,

v.

JOSEPH R. CONLON ET AL.,

Defendants, Appellees.

---

**JUDGMENT**

Entered: July 27, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed. Costs shall be taxed in favor of the Town of Truro, Massachusetts.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: AUG 21 2007

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER

By: Margaret Carter, Chief Deputy Clerk

[cc: Mr. Revere, Ms. Ecker, Mr. Kesten, Ms. Brennan Regan & Ms. Pruitt Barry.]